FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 1 6 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| DON E. BAILEY | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Number |
| | ) | 1:05-CV-03096-CAM |
| vs. | ) | |
| | ) | |
| WACHOVIA NATIONAL BANK | ) | |
| | ) | |
| Defendant. | ) | |

**ATTACHED CERTIFICATE OF SERVICE**
**OF FIRST INTERROGATORIES SERVED ON DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that I have served counsel for Defendant copy of First Interrogatories and sent in the mail with proper postage attached and addressed to:

> Ms. Trishanda L. Treadwell
> Parker, Hudson, Rainer & Dobbs LLP
> 1500 Marquis Two Tower
> 285 Peachtree Center Avenue, NE
> Atlanta, GA 30303

This 16 day of March, 2007.

_____
Don E. Bailey, Plaintiff

2783 Browntown Road, NW
Atlanta, Georgia 30318
(404) 794-0240

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 16 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

DON E. BAILEY, )
)
      Plaintiff, ) Civil Action No. 1:06-3096-
)                  CAM
vs. )
)
BANK OF AMERICA, )
)
      Defendant. )

Original

## ATTACHED CERTIFICATE OF SERVICE
## OF FIRST PRODUCTION OF DOCUMENTS SERVED ON DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that I have served counsel for Defendant copy of First Production of Documents and sent in the mail with proper postage attached and addressed to:

> Ms. Trishanda L. Treadwell
> Parker, Hudson, Rainer & Dobbs LLP
> 1500 Marquis Two Tower
> 285 Peachtree Center Avenue, NE
> Atlanta, GA 30303

This _12_ day of February, 2007.

_____
Don E. Bailey, Plaintiff

2783 Browntown Road, NW
Atlanta, Georgia 30318
(404) 794-0240