**<u>EXHIBIT 1</u>**

# Select A Case

**This person is a party in 22 cases.**

| | | | |
|---|---|---|---|
| 1:01-cv-01847-CAM | Bailey v. Hunt, et al | filed 07/13/01 | closed 07/18/01 |
| 1:01-cv-02295-CAM | Bailey v. Thomas | filed 08/27/01 | closed 11/30/01 |
| 1:02-cv-02240-CAM | Bailey v. Barnhart | filed 08/13/02 | closed 03/31/04 |
| 1:03-cv-03965-CAM | Bailey v. Cingular Wireless | filed 12/19/03 | closed 04/21/04 |
| 1:03-cv-03966-CAM | Bailey v. Cobb County State | filed 12/19/03 | closed 03/11/04 |
| 1:03-cv-03967-CAM | Bailey v. Liberty Mutual | filed 12/19/03 | closed 04/21/04 |
| 1:03-cv-03968-CAM | Bailey v. Wachovia National | filed 12/19/03 | closed 04/23/04 |
| 1:04-cv-00619-CAP | Bailey v. Chase Manhattan Bank | filed 03/05/04 | closed 01/05/05 |
| 1:04-cv-00743-RWS | Bailey v. Hartford Insurance | filed 03/15/04 | closed 10/07/04 |
| 1:04-mi-00331 | Bailey v. Barnhart | filed 11/30/04 | closed 01/28/05 |
| 1:04-mi-00332 | Bailey v. Cingular Wireless | filed 11/30/04 | closed 02/07/05 |
| 1:04-mi-00364 | Bailey v. Liberty Mutual Insurance Co. | filed 02/07/05 | closed 02/07/05 |
| 1:05-cv-00299-RWS | Bailey v. Barnhart | filed 01/28/05 | closed 03/15/05 |
| 1:05-cv-00387-RWS | Bailey v. Cingular Wireless | filed 02/07/05 | closed 03/15/05 |
| 1:05-cv-00388-RWS | Bailey v. Liberty Mutual Insurance Co. | filed 02/07/05 | closed 03/15/05 |
| 1:05-cv-02649-RWS | Bailey v. Wachovia National Bank | filed 10/13/05 | closed 03/22/06 |

| | | | |
|---|---|---|---|
| 1:06-cv-03096-CAM | Bailey v. Bank of America | filed 12/19/06 | |
| 1:90-cv-02448 | Bailey v. Xerox Corporation, et al | filed 11/02/90 | closed 07/06/92 |
| 1:92-cv-00669-RLV | Bailey v. Secretary of HHS | filed 03/19/92 | closed 04/13/92 |
| 1:96-cv-01000-CAM | Bailey v. Cobb County Superior | filed 04/25/96 | closed 04/25/96 |
| 1:96-cv-02552-CAM | Bailey, et al v. HUD, et al | filed 09/30/96 | closed 05/01/97 |
| 1:98-cv-00066-CAM | Bailey v. Cobb County Superior | filed 01/06/98 | closed 01/16/98 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/03/2007 15:51:57 | | | |
| PACER Login: | ph0121 | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: Bailey First Name: don |
| Billable Pages: 2 | | Cost: | 0.16 |