**EXHIBIT 2**

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:01-cv-01847-CAM

Bailey v. Hunt, et al
Assigned to: Judge Charles A. Moye, Jr
Demand: $0
Case in other court: ND/Ga,Atlanta, 1:01-mi-00190
I USCA - 11th Cir., :01--14245
Cause: 28:1331 Fed. Question

Date Filed: 07/13/2001
Date Terminated: 07/18/2001
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2001 | 1 | Affidavit in support of ifp (as) (Entered: 07/25/2001) |
| 07/13/2001 | 2 | Emergency MOTION by plaintiff for a restraining order with brief in support. (as) (Entered: 07/25/2001) |
| 07/13/2001 | 3 | ORDER by Mag Judge Joel M. Feldman, that the motion for emergency restraining order be tentatively allowed to proceed in forma pauperis, pending a frivolity determination under 28 U.S.C. section 1915. (cc by CRD) (as) (Entered: 07/25/2001) |
| 07/13/2001 | | Case reported statistically. Matter transferred from 1:01-mi-190. Case assigned to Judge Charles A. Moye Jr. (Calendar sheet forwarded) (as) (Entered: 07/25/2001) |
| 07/16/2001 | 6 | ORDER by Judge Orinda D. Evans. The frivolity determination with respect to pla's claim for damages is deferred to the Judge to whom this case is assigned. (cc) (as) (Entered: 08/02/2001) |
| 07/17/2001 | 4 | MOTION by plaintiff for court stenographer and supplement to documents filed 7/13/01 with brief in support. (as) (Entered: 07/25/2001) |
| 07/17/2001 | 5 | Motion HEARING held before Judge Charles A. Moye Jr. [2-1] motion for a restraining order. Statement to the court. Statement by Judge Moye and this case is dismissed. Order forthcoming. Oral motion for pla to appeal and proceed ifp. Court GRANTS pla's oral motion to proceed ifp upon appeal and DENIES his oral motion for certificate of appealability. (as) Modified on 07/25/2001 (Entered: 07/25/2001) |
| 07/17/2001 | 5 | NOTICE OF APPEAL by plaintiff from [6-1] order dismissing this action for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. section 1915(e)(2)(B)(ii). (verbal request for appeal made during 7/17/01 motion hearing) Appeal information sheet due 7/31/01 (AIS form sent to pla) (cc USCA) (as) Modified on 07/26/2001 (Entered: 07/25/2001) |
| 07/18/2001 | | Oral MOTION by plaintiff Don E. Bailey to proceed in forma pauperis |

| | | |
|---|---|---|
| | | on appeal , and for certificate of probable cause . (as) (Entered: 07/25/2001) |
| 07/18/2001 | 6 | ORDER by Judge Charles A. Moye Jr., dismissing this action for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. section 1915(e)(2)(B)(ii). In addition, the court is DENYING the verbal motion for certificate of probable cause by Don E. Bailey, and GRANTING the verbal motion to proceed in forma pauperis on appeal (cc) (as) (Entered: 07/25/2001) |
| 07/18/2001 | | Case terminated. (as) (Entered: 07/25/2001) |
| 07/25/2001 | | Notice of appeal,minute sheet, order and certified copy of docket to USCA RE: [5-1] appeal (jlm) Modified on 07/26/2001 (Entered: 07/25/2001) |
| 07/31/2001 | | Summons issued inproper to dfts' Judge Willis Hunt and Deputy Clerk Smilley. (as) (Entered: 08/02/2001) |
| 07/31/2001 | 8 | STATEMENT of claim by plaintiff Don E. Bailey . (as) (Entered: 08/03/2001) |
| 07/31/2001 | 9 | MOTION and request by plaintiff for the full Judicial Bench to decide case with brief in support. (as) (Entered: 08/03/2001) |
| 07/31/2001 | 10 | MOTION by plaintiff for reconsideration of [6-1] order dismissing this action for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. section 1915(e)(2)(B)(ii). , and for restraining order by the full Judicial Bench with brief in support. (as) (Entered: 08/03/2001) |
| 08/01/2001 | 7 | Acknowledgment by USCA RE: [5-1] appeal USCA dkt no. 01-14245-I (kac) (Entered: 08/02/2001) |
| 08/23/2001 | | SUBMITTED to Judge Charles A. Moye Jr. on [10-1] motion for reconsideration of [6-1] order dismissing this action for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. section 1915 (e)(2)(B)(ii)., [10-2] motion for restraining order by the full Judicial Bench, [9-1] motion for the full Judicial Bench to decide case (as) (Entered: 08/23/2001) |
| 08/23/2001 | | Steno notes of proceedings held 7/17/01 before Judge Charles A. Moye Jr. , by Court Reporter Martha Frutchey. (as) (Entered: 08/23/2001) |
| 09/04/2001 | 11 | ORDER by Judge Charles A. Moye Jr. DENYING [10-1] motion for reconsideration of [6-1] order dismissing this action for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. section 1915 (e)(2)(B)(ii). by Don E. Bailey, DENYING [10-2] motion for restraining order by the full Judicial Bench by Don E. Bailey, DENYING [9-1] motion for the full Judicial Bench to decide case by Don E. Bailey (cc) (as) (Entered: 09/05/2001) |
| 09/04/2001 | | Terminated submissions. (as) (Entered: 09/05/2001) |
| 09/07/2001 | 13 | Certified copy of ORDER of USCA DISMISSING [5-1] appeal for want |

| | | of prosecution; USCA dkt no. 01-14245-I (ck) (Entered: 09/18/2001) |
|---|---|---|
| 09/14/2001 | 12 | NOTICE OF APPEAL by pla from [11-1] order. Appeal information sheet due 9/28/01. (AIS, IFP forms & appeal fee letter to pla) (cc: USCA) (jlm) (Entered: 09/17/2001) |
| 09/14/2001 | 14 | TRANSCRIPT filed RE: [12-1] appeal for dates of 7/17/01 Court Reporter: Marth J. Frutchey - COR Due 9/24/01 (ck) (Entered: 09/19/2001) |
| 09/14/2001 | 16 | Appeal information sheet RE: [12-1] appeal - USCA dkt # 01-15306-J Court Reporter(s): Martha Frutchey COR due 9/24/01 (kac) (Entered: 09/20/2001) |
| 09/14/2001 | 17 | Financial arrangements were not completed RE: [12-1] appeal Transcript (s) FILED on 9/14/01. (kac) (Entered: 09/20/2001) |
| 09/17/2001 | | Notice of appeal, appeal fee letter, order and certified copy of docket to USCA RE: [12-1] appeal (jlm) (Entered: 09/17/2001) |
| 09/20/2001 | 15 | Acknowledgment by USCA RE: [12-1] appeal USCA dkt no. 01-15306-J (kac) (Entered: 09/20/2001) |
| 09/26/2001 | | USCA request of Pleading Nos. 6 & 10 RE: [12-1] appeal USCA # 01-15306-J (jlm) (Entered: 09/26/2001) |
| 09/26/2001 | | Forwarded Pleading Nos. 6 & 10 to the USCA RE: [12-1] appeal USCA # 01-15306-J (jlm) (Entered: 09/26/2001) |
| 10/02/2001 | | USCA acknowledgment of Pldgs 6 & 10 RE: [12-1] appeal USCA # 01-15306-J (jlm) (Entered: 10/03/2001) |
| 10/19/2001 | | CERTIFICATE OF READINESS of appeal record with certified copy of docket mailed to USCA RE: [12-1] appeal USCA # 01-15306-J (1 vol. pldgs; 1 transcript) (jlm) (Entered: 10/19/2001) |
| 10/25/2001 | | USCA acknowledgment of COR (1 vol pldgs; 1 transcript) RE: [12-1] appeal USCA # 01-15306-J (jlm) (Entered: 10/26/2001) |
| 12/04/2001 | 18 | Certified copy of ORDER of USCA DISMISSING [12-1] appeal pursuant to appellant's motion for voluntary dismissal; USCA dkt no. 01-15306-JJ (ck) (Entered: 12/05/2001) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2007 15:56:57 | | |
| PACER Login: | ph0121 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:01-cv-01847-CAM |
| Billable Pages: | 2 | Cost: | 0.16 |

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:01-cv-02295-CAM

Bailey v. Thomas
Assigned to: Judge Charles A. Moye, Jr
Demand: $0
Case in other court: ND/GA,Atlanta, 1:01-mi-00224
                   E USCA 11th Circuit, :02--10185
Cause: 42:1983 Civil Rights Act

Date Filed: 08/27/2001
Date Terminated: 11/30/2001
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Don E. Bailey**

represented by **Don E. Bailey**
2783 Browntown Road
Atlanta, GA 30318
PRO SE

V.

**Defendant**

**Luther D. Thomas**
*Deputy Clerk Office*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2001 | 1 | Affidavit in support of ifp (as) (Entered: 08/29/2001) |
| 08/27/2001 | 2 | COMPLAINT filed (as) (Entered: 08/29/2001) |
| 08/27/2001 | 3 | ORDER by Mag Judge Joel M. Feldman GRANTING [1-1] affidavit in support of ifp (cc) (as) (Entered: 08/29/2001) |
| 08/27/2001 | | Case reported statistically. Matter transferred from 1:01-mi-224. Case assigned to Judge Charles A. Moye Jr. (Calendar sheet forwarded) (as) (Entered: 08/29/2001) |
| 08/27/2001 | | Summons issued for defendant (as) (Entered: 08/29/2001) |
| 11/28/2001 | 4 | MOTION by plaintiff for default judgment against Luther D. Thomas with brief in support. (ck) (Entered: 11/28/2001) |
| 11/28/2001 | | SUBMITTED to Judge Charles A. Moye Jr. on [4-1] motion for default judgment against Luther D. Thomas (ck) (Entered: 11/28/2001) |
| 11/30/2001 | 5 | ORDER by Judge Charles A. Moye Jr. DENYING [4-1] motion for default judgment against Luther D. Thomas by Don E. Bailey; and DISMISSING [2-1] complaint as frivolous (cc) (ck) (Entered: |

| | | |
|---|---|---|
| | | 12/03/2001) |
| 11/30/2001 | 6 | JUDGMENT ENTERED against plaintiff; and DISMISSING this action as frivolous. (cc) (ck) (Entered: 12/03/2001) |
| 11/30/2001 | | Terminated submissions. (ck) (Entered: 12/03/2001) |
| 11/30/2001 | | Case terminated. (ck) (Entered: 12/03/2001) |
| 01/09/2002 | 7 | NOTICE OF APPEAL by plaintiff from [6-1] judgment and [5-1] order. Appeal information sheet due 1/23/02. (AIS/IFP forms and appeal fee letter to pla) (cc:USCA) (jlm) (Entered: 01/09/2002) |
| 01/09/2002 | | Notice of appeal, appeal fee letter, judgment, order and certified copy of docket to USCA RE: [7-1] appeal (jlm) (Entered: 01/09/2002) |
| 01/15/2002 | 8 | Acknowledgment by USCA RE: [7-1] appeal USCA dkt no. 02-10185-E (jlm) (Entered: 01/17/2002) |
| 01/23/2002 | 9 | MOTION by plaintiff to appeal in forma pauperis with brief in support. (ck) (Entered: 01/24/2002) |
| 01/23/2002 | 10 | ORDER by Judge Charles A. Moye Jr. GRANTING [9-1] motion to appeal in forma pauperis (cc & to USCA) (ck) (Entered: 01/24/2002) |
| 01/30/2002 | | USCA acknowledgment of Order granting IFP RE: [7-1] appeal USCA # 02-10185-E (jlm) (Entered: 01/30/2002) |
| 02/11/2002 | | CERTIFICATE OF READINESS of appeal record with certified copy of docket mailed to USCA RE: [7-1] appeal USCA # 02-10185-E. (1 vol pldgs) (jlm) (Entered: 02/11/2002) |
| 02/14/2002 | | USCA acknowledgment of COR (1 vol. pldgs.) RE: [7-1] appeal USCA # 02-10185-E (jlm) (Entered: 02/14/2002) |
| 03/18/2002 | 11 | Certified copy of ORDER of USCA DISMISSING [7-1] appeal for failure to prosecute; USCA dkt no. 02-10185-EE (ck) (Entered: 03/20/2002) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2007 16:16:13 | | |
| PACER Login: | ph0121 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:01-cv-02295-CAM |
| Billable Pages: | 1 | Cost: | 0.08 |

CLOSED, JMF, SS

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:02-cv-02240-CAM

Bailey v. Barnhart
Assigned to: Judge Charles A. Moye, Jr
Demand: $0
Case in other court: USCA - 11th Circuit, 04-12204-J
J USCA - 11th Cir., :04- -12204
Cause: 42:405 Review of HHS Decision (SSID)

Date Filed: 08/13/2002
Date Terminated: 03/31/2004
Jury Demand: None
Nature of Suit: 864 Social Security:
SSID Tit. XVI
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Don E. Bailey**                       represented by **Don E. Bailey**
                                         2783 Browntown Road
                                         Atlanta, GA 30318
                                         PRO SE

V.

**Defendant**

**Jo Anne B. Barnhart**                 represented by **Patricia Rebecca Stout**
*Commissioner of Social Security*       Office of United States Attorney
                                        Northern District of Georgia
                                        75 Spring Street, S.W.
                                        600 United States Courthouse
                                        Atlanta, GA 30303
                                        404-581-6000
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2002 | 1 | ORDER by Mag Judge Joel M. Feldman, granting IFP and allowing case to proceed without prepayment of costs or service fees. Plaintiff is directed to complete service forms and return to Clerk within 10 days. , Upon receipt of forms, the Clerk is directed to prepare and forward a service package to the USM for service on the defendant(s). , [1-1] order to be submitted on 9/12/02 (cc w/usm285 and summons forms) (fmm) (Entered: 08/22/2002) |
| 08/13/2002 | 2 | COMPLAINT filed. (fmm) (Entered: 08/22/2002) |
| 08/23/2002 | 4 | Notice of filing statement by plaintiff. (kt) (Entered: 08/26/2002) |
| 08/26/2002 | 3 | Package prepared and forwarded to USM for service upon defendant Jo |

| | | |
|---|---|---|
| | | Anne B. Barnhart. (cc w/usm285, summons, 2/cc cmp.) (kt) (Entered: 08/26/2002) |
| 09/12/2002 | 5 | Return of service executed 9/11/02 on Curtis Anderson, AUSA as to Jo Anne B. Barnhart on original complaint. (kt) (Entered: 09/12/2002) |
| 09/26/2002 | 6 | Return of service executed 9/18/02 as to Jo Anne B. Barnhart. (kt) (Entered: 09/30/2002) |
| 11/27/2002 | | CASE REFERRED to Mag Judge Joel M. Feldman (Calendar sheets forwarded) (aar) (Entered: 11/27/2002) |
| 12/04/2002 | 7 | MOTION by defendant to extend time until 1/18/03 for dft's answer to pla's [2-1] complaint with proposed order. (kt) (Entered: 12/06/2002) |
| 12/17/2002 | 8 | Response by plaintiff in opposition to [7-1] motion to extend time until 1/18/03 for dft's answer to pla's [2-1] complaint. (kt) (Entered: 12/18/2002) |
| 12/18/2002 | | SUBMITTED to Mag Judge Joel M. Feldman on [7-1] motion to extend time until 1/18/03 for dft's answer to pla's [2-1] complaint. (kt) (Entered: 12/18/2002) |
| 12/20/2002 | 9 | ORDER by Mag Judge Joel M. Feldman GRANTING [7-1] motion to extend time until 1/18/03 for dft's answer to pla's [2-1] complaint, Answer due 1/18/03 for Jo Anne B. Barnhart (cc) (kt) (Entered: 12/23/2002) |
| 01/17/2003 | 10 | ANSWER by defendant to complaint [2-1] (kt) (Entered: 01/21/2003) |
| 01/17/2003 | 11 | HHS Transcript filed by Jo Anne B. Barnhart. (kt) (Entered: 01/21/2003) |
| 01/29/2003 | 12 | ORDER by Mag Judge Joel M. Feldman, IT IS ORDERED that counsel for the parties submit briefs in accordance with the within stated schedule; IT IS FURTHER ORDERED that, unless otherwise ordered following receipt of all brief, an oral hearing will be held before the undersigned Magistrate judge hearing on 10:30 on 5/29/03 , [12-1] order to be submitted on 5/16/03 (cc) (kt) (Entered: 01/30/2003) |
| 02/24/2003 | 13 | MOTION by plaintiff to extend time for a period of 60 days to hire an atty. (kt) (Entered: 02/25/2003) |
| 02/25/2003 | 14 | ORDER by Mag Judge Joel M. Feldman GRANTING [13-1] motion to extend time for a period of 60 days for pla to hire an atty., IT IS FURTHER ORDERED that plaintiff's brief is due 5/6/03, defendant's brief is due 6/5/03, and plaintiff's reply brief will be due 6/15/03, the oral argument presently scheduled for 5/29/03 is hereby RESCHEDULED for 10:30 on 7/29/03 (cc) (kt) (Entered: 02/26/2003) |
| 04/02/2003 | 15 | ORDER by Mag Judge Joel M. Feldman that the Clerk provide pla with a copy fo dft's [10-1] answer w/o payment of cost for same. (cc w/answer by intake) (kt) Modified on 04/03/2003 (Entered: 04/03/2003) |
| 06/16/2003 | 16 | MOTION by plaintiff to extend time and for hearing with brief in support. (bsm) (Entered: 06/19/2003) |

| 07/10/2003 | | SUBMITTED to Mag Judge Joel M. Feldman on [16-1] motion to extend time and [16-2] motion for hearing. (kt) (Entered: 07/10/2003) |
|---|---|---|
| 07/16/2003 | 17 | ORDER by Mag Judge Joel M. Feldman GRANTING [16-1] motion to extend time, GRANTING [16-2] motion for hearing, directing plaintiff's brief due 9/15/03; defendant's brief due 10/15/03; plaintiff's brief due 10/25/03; hearing set for 10:30 on 11/13/03 (cc by Mag.) (kt) Modified on 07/17/2003 (Entered: 07/17/2003) |
| 09/15/2003 | 18 | Plaintiff's brief; defendant's brief due 10/15/03; plaintiff's reply brief 10/25/03; hearing set for 10:30 on 11/13/03. (kt) (Entered: 09/17/2003) |
| 10/21/2003 | 19 | Defendant's brief by defendant; plaintiff's reply brief due 10/31/03; hearing set for 10:30 on 11/13/03. (kt) (Entered: 10/24/2003) |
| 11/03/2003 | | SUBMITTED to Mag Judge Joel M. Feldman on [17-1] order directing plaintiff's brief due 9/15/03; defendant's brief due 10/15/03; plaintiff's brief due 10/25/03; hearing set for 10:30 on 11/13/03. (kt) (Entered: 11/03/2003) |
| 11/05/2003 | 20 | MOTION by plaintiff to subpoena pla's former attorney . (kt) Modified on 11/06/2003 (Entered: 11/06/2003) |
| 11/05/2003 | 21 | MOTION by plaintiff to subpoena pla's witness attorney, Lawrence Gordon . (kt) (Entered: 11/06/2003) |
| 11/05/2003 | 22 | Supplement by plaintiff to [18-1] plaintiff's brief. (kt) (Entered: 11/06/2003) |
| 11/13/2003 | 24 | MOTION by plaintiff to extend time for a period of 2 Months to allow pla to conduct research of his transcript, with pla's statement. (kt) (Entered: 11/17/2003) |
| 11/13/2003 | 25 | Oral argument HEARING HELD on before Mag Judge Joel M. Feldman; direct Clerk to locate record from prior case 1:92-cv-669. Pla should re-submit eye examination records. (kt) (Entered: 11/17/2003) |
| 11/14/2003 | 23 | ORDER by Mag Judge Joel M. Feldman; IT IS HEREBY ORDERED that the Clerk retrieve and submit to this Court the record and all pleadings in case no. 1:92-CV-669. (cc) (kt) (Entered: 11/17/2003) |
| 11/17/2003 | | Complete record for Civil Action No. 1:92-cv-669 was copied and made a part of Civil Action No. 1:02-cv-2240-CAM pursuant to [23-1] Order. (kac) (Entered: 07/07/2004) |
| 12/03/2003 | | SUBMITTED to Mag Judge Joel M. Feldman on [24-1] motion to extend time for a period of 2 Months, [21-1] motion to subpoena pla's witness attorney, Lawrence Gordon, and [20-1] motion to subpoena pla's former attorney. (FILE IN CHAMBERS) (kt) (Entered: 12/03/2003) |
| 01/12/2004 | 26 | ORDER by Mag Judge Joel M. Feldman DENYING [20-1] motion to subpoena pla's former attorney; DENYING [21-1] motion to subpoena pla's witness attorney; GRANTING IN PART AND DENYING IN PART [24-1] motion to extend time for a period of 2 Months, Claimant |

|  |  | shall have 33 days from the date of this Order in which to review the transcript and file a supplemental brief. (cc) (kt) (Entered: 01/13/2004) |
|---|---|---|
| 02/17/2004 | 27 | Brief by plaintiff in response to [26-1] order. (kt) (Entered: 02/23/2004) |
| 03/02/2004 | 28 | Memorandum by defendant in opposition to [22-1] plaintiff's supplemental brief and request to submit additional evidence. (kt) (Entered: 03/03/2004) |
| 03/02/2004 | 29 | Notice to Court that plaintiff will file Supplement to his Brief and Medical Record by plaintiff. (kt) Modified on 07/07/2004 (Entered: 03/03/2004) |
| 03/18/2004 | 30 | REPORT AND RECOMMENDATION by Mag Judge Joel M. Feldman; IT IS RECOMMENDED that the Commissioner's decision be AFFIRMED [2-1] complaint with order for service (Submission of RR due 4/4/04 ) (cc: by Mag.) (kt) (Entered: 03/19/2004) |
| 03/18/2004 |  | Completed referral to Mag Judge Joel M. Feldman (adg) (Entered: 04/01/2004) |
| 03/26/2004 | 31 | Objections by plaintiff to [30-1] report & recommendation. (kt) (Entered: 03/30/2004) |
| 03/26/2004 | 32 | Notice of filing Table of Contents, Memorandum of court authority and statement by plaintiff. (kt) (Entered: 03/30/2004) |
| 03/30/2004 |  | SUBMITTED to Judge Charles A. Moye Jr. on [30-1] report & recommendation. (kt) (Entered: 03/30/2004) |
| 03/31/2004 | 33 | ORDER by Judge Charles A. Moye Jr. ADOPTING [30-1] report & recommendation of the Magistrate Judge as the order of this court, AFFIRMING the Commissioner's decision. The Clerk of the Court is DIRECTED to CLOSE this case. (cc) (adg) (Entered: 04/01/2004) |
| 03/31/2004 | 34 | JUDGMENT ENTERED AFFIRMING the Commissioner's decision. (cc) (adg) (Entered: 04/01/2004) |
| 03/31/2004 |  | Case terminated. (adg) (Entered: 04/01/2004) |
| 04/01/2004 | 35 | Notice of filing medical files by plaintiff. (kt) Modified on 07/07/2004 (Entered: 04/05/2004) |
| 04/08/2004 | 36 | Memorandum by defendant in opposition to [35-1] plaintiff's submission of additional evidence. (kt) (Entered: 04/12/2004) |
| 04/28/2004 | 37 | NOTICE OF APPEAL by plaintiff from [34-1] Judgment and [33-1] Order Appeal information sheet due 5/12/04 (TOF/IFP forms and appeal fee letter sent to plaintiff) (cc: USCA) (kac) (Entered: 04/30/2004) |
| 04/28/2004 | 37 | MOTION by plaintiff for recusal of U.S. Magistrate Court and U.S. District Court (Contained in [37-1] notice of appeal.) (kt) (Entered: 05/03/2004) |
| 04/30/2004 |  | Notice of appeal, Judgment, Order, R&R and certified copy of docket to |

| | | |
|---|---|---|
| | | USCA RE: [37-1] appeal. (kac) (Entered: 04/30/2004) |
| 05/18/2004 | | SUBMITTED to Judge Charles A. Moye Jr. on [37-1] motion for recusal of U.S. Magistrate Court and U.S. District Court Judges. (kt) (Entered: 05/18/2004) |
| 05/25/2004 | 38 | Affidavit in support of request to proceed in forma pauperis . (kt) (Entered: 05/27/2004) |
| 05/28/2004 | 39 | Acknowledgment by USCA RE: [37-1] notice of appeal. USCA Dkt. No. 04-12204-J (kac) (Entered: 05/28/2004) |
| 06/03/2004 | 40 | ORDER by Judge Charles A. Moye Jr. DENYING AS MOOT [37-1] motion for recusal of U.S. Magistrate Court and U.S. District Court Judge. (cc: by CRD) (kt) (Entered: 06/04/2004) |
| 06/16/2004 | | SUBMITTED to Judge Charles A. Moye Jr. on [38-1] motion to proceed in forma pauperis. (kt) (Entered: 06/16/2004) |
| 06/22/2004 | 41 | ORDER by Judge Charles A. Moye Jr. GRANTING [38-1] motion to proceed in forma pauperis; DENYING the Certificate of Appealability re: [37-1] appeal. (cc by CRD) (kt) (Entered: 06/24/2004) |
| 06/24/2004 | | Forwarded Order GRANTING leave to proceed IFP on appeal to the USCA RE: [37-1] Notice of Appeal. USCA Dkt. No. 04-12204-J (kac) (Entered: 06/24/2004) |
| 06/30/2004 | | USCA acknowledgment of certified copy of Order GRANTING leave to proceed IFP on appeal RE: [37-1] Notice of Appeal. USCA Dkt. No. 04-12204-JJ (kac) (Entered: 07/01/2004) |
| 07/08/2004 | 42 | Appeal information sheet RE: [37-1] Notice of Appeal - USCA Dkt. No. 04-12204-JJ Court Reporter(s): Lori Burgess Financial Arrangements Due 7/18/04 (Hearing held 11/13/03) (kac) (Entered: 07/08/2004) |
| 07/27/2004 | 43 | Appeal Remark re: [37] Notice of Appeal. Case Appealed to USCA 11th Circuit Case Number 04-12204-J. Transmittal letter (dated 7/26/04) sent to Lori Burgess regarding acknowledgment of Transcript Order Form. (kac) (Entered: 07/28/2004) |
| 08/19/2004 | 44 | MOTION for payment of transcript to the 11th Circuit by Don E. Bailey. (scg) (Entered: 08/24/2004) |
| 08/25/2004 | 45 | Financial Arrangements for paying the cost of the transcript have not been completed re: [37] Notice of Appeal filed by Don E. Bailey. Case Appealed to USCA 11th Circuit Case Number 04-12204-J (kac) (Entered: 08/27/2004) |
| 08/27/2004 | | Submission of [44] MOTION for payment of transcript to the 11th Circuit re: [37] Notice of Appeal submitted to District Judge Charles A. Moye, Jr. (kac) (Entered: 08/27/2004) |
| 08/31/2004 | | Submission of [44] MOTION for payment of transcript to the 11th Circuit re: [37] Notice of Appeal submitted to Magistrate Judge Joel M. Feldman. (kac) (Entered: 08/31/2004) |

| | | |
|---|---|---|
| 09/29/2004 | 46 | ORDER denying Plaintiff's [44] Motion for Preparation of the Transcript of the Oral Argument. Signed by Judge Joel M. Feldman on 09/29/04. (cc & USCA) (dfb) (Entered: 10/01/2004) |
| 10/01/2004 | 47 | Appeal Remark re: [37] Notice of Appeal. Status of ruling on Motion for Payment of Transcript, Docket Entry #44 filed 8/19/04. Plaintiff's Motion was denied on 9/29/04 and copy will be sent to the USCA. Case Appealed to USCA - 11th Circuit Case Number 04-12204-J. (kac) (Entered: 10/05/2004) |
| 10/08/2004 | 48 | USCA Acknowledgment of Order denying request for payment of transcript re: [37] Notice of Appeal filed by Don E. Bailey. Case Appealed to USCA - 11th Circuit Case Number 04-12204-J. (kac) (Entered: 10/12/2004) |
| 10/12/2004 | 49 | Appeal Remark re: [37] Notice of Appeal. Case Appealed to USCA - 11th Circuit Case Number 04-12204-J. Notice sent to plaintiff informing that upon expiration of fourteen (14) days from 10/7/04, the appeal will be dismissed by clerk without further notice unless the default(s) noted below have been corrected:Make satisfactory financial arrangements for transcript preparation with the court reporter as required by Fed.R.App.P. 10(b)(4). (kac) (Entered: 10/12/2004) |
| 12/27/2004 | 50 | Certified copy of USCA ORDER DENYING Appellant's Motion for transcripts at government's expense re: [37] Notice of Appeal filed by Don E. Bailey. Case Appealed to USCA - 11th Circuit Case Number 04-12204-J. (kac) (Entered: 12/27/2004) |
| 12/28/2004 | 51 | Certified copy of CLERK's ENTRY OF DISMISSAL for failure to prosecute because the appellant has failed to make satisfactory financial arrangements for the transcript within the time frame fixed by the rules re: [37] Notice of Appeal filed by Don E. Bailey. Case Appealed to USCA - 11th Circuit Case Number 04-12204-J. (kac) (Entered: 12/29/2004) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2007 16:16:52 | | |
| PACER Login: | ph0121 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:02-cv-02240-CAM |
| Billable Pages: | 4 | Cost: | 0.32 |

APPEAL, CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:03-cv-03965-CAM

Bailey v. Cingular Wireless
Assigned to: Judge Charles A. Moye, Jr
Demand: $0
Case in other court: E USCA - 11th Cir., :04- -12739
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 12/19/2003
Date Terminated: 04/21/2004
Jury Demand: None
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Federal Question

**Plaintiff**

**Don E. Bailey**

represented by **Don E. Bailey**
2783 Browntown Road
Atlanta, GA 30318
PRO SE

V.

**Defendant**

**Cingular Wireless**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2003 | 1 | COMPLAINT filed. Consent form to proceed before U.S. magistrate and pretrial instructions given to attorney (lme) (Entered: 12/26/2003) |
| 12/19/2003 | 2 | Affidavit and Authorization for withdrawal from inmate account. (lme) (Entered: 12/26/2003) |
| 12/19/2003 | 3 | ORDER by Mag Judge Joel M. Feldman, to proceed in forma pauperis , and that service of process shall not issue at presenttime and the Clerk shall submit the file to the assigned district judge for a determination under 28 USC 1915(e). (cc) (lme) (Entered: 12/26/2003) |
| 12/30/2003 | | SUBMITTED to Judge Charles A. Moye Jr. on [1-1] complaint for a frivolity determination. (lme) (Entered: 12/30/2003) |
| 02/03/2004 | 4 | STATEMENT and MOTION by plaintiff for service by U.S. Marshall . (kt) (Entered: 02/04/2004) |
| 03/04/2004 | | SUBMITTED to Judge Charles A. Moye Jr. on [4-1] motion for service by U.S. Marshall. (FILE IN CHAMBERS) (kt) (Entered: 03/04/2004) |
| 03/11/2004 | 5 | ORDER by Judge Charles A. Moye Jr., Pla is DIRECTED to AMEND [1-1] complaint , w/i 20 days of the date of the docketing of this order; this action shall proceed no further until pla has filed an amended |

| | | complaint; DENYING [4-1] motion for service, [5-1] order to be submitted on 4/8/04 (cc) (kt) (Entered: 03/16/2004) |
|---|---|---|
| 03/16/2004 | | Terminated submissions. (kt) (Entered: 03/16/2004) |
| 03/31/2004 | 6 | CONSENT jurisdiction by magistrate judge by Plaintiff. (kt) (Entered: 04/06/2004) |
| 04/12/2004 | | SUBMITTED to Judge Charles A. Moye Jr. on [5-1] order AMEND [1-1] complaint, [5-2] order [5-1] order to be submitted on 4/8/04, [5-3] order (kt) (Entered: 04/12/2004) |
| 04/21/2004 | 7 | ORDER by Judge Charles A. Moye Jr. DISMISSING [1-1] complaint as frivolous. (cc) (kt) (Entered: 04/23/2004) |
| 04/21/2004 | | Case terminated. (kt) (Entered: 04/23/2004) |
| 04/23/2004 | 8 | JUDGMENT ENTERED for defendant against plaintiff pursuant to 28 U.S.C 1915A. (kt) Modified on 04/23/2004 (Entered: 04/23/2004) |
| 05/21/2004 | 10 | NOTICE OF APPEAL by plaintiff from [8-1] judgment and [7-1] order. Appeal information sheet due 6/4/04.(TOF/IFP, appeal fee letter and civil appeal statement mailed to plaintiff) (cc:USCA) (ckd) (Entered: 05/26/2004) |
| 05/26/2004 | | Notice of appeal, judgment, order, appeal fee letter and certified copy of docket to USCA. RE: [10-1] appeal (ckd) (Entered: 05/26/2004) |
| 06/07/2004 | 11 | Acknowledgment by USCA RE: [10-1] Notice of Appeal. USCA Dkt. No. 04-12739-E (kac) (Entered: 06/09/2004) |
| 06/24/2004 | 12 | Certified copy of ORDER of USCA DISMISSING [10-1] appeal for want of prosecution because the appellant failed to pay the $250 docketing fee and $5 filing fee to the District Court Clerk w/i the time fixed by the rules; USCA dkt no. 04-12739-EE. (kt) (Entered: 06/28/2004) |
| 07/08/2004 | 13 | Appeal information sheet RE: - USCA dkt # 04-12739-E (ckd) (Entered: 07/08/2004) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2007 16:17:29 | | |
| PACER Login: | ph0121 | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:03-cv-03965-CAM |
| Billable Pages: | 1 | Cost: | 0.08 |

4months, CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:03-cv-03966-CAM

Bailey v. Cobb County State
Assigned to: Judge Charles A. Moye, Jr
Demand: $0
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 12/19/2003
Date Terminated: 03/11/2004
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Don E. Bailey**

represented by **Don E. Bailey**
2783 Browntown Road
Atlanta, GA 30318
PRO SE

V.

**Defendant**

**Cobb County State Court**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2003 | 1 | COMPLAINT filed. Consent form to proceed before U.S. magistrate and pretrial instructions given to attorney (lme) (Entered: 12/26/2003) |
| 12/19/2003 | 2 | Affidavit and Authorization for withdrawal from inmate account. (lme) (Entered: 12/26/2003) |
| 12/19/2003 | 3 | ORDER by Mag Judge Joel M. Feldman, to proceed in forma pauperis , and that service of process shall not issue at present time and the Clerk shall submit this file to the assigned district judge for a determination under 28 USC 1915(e)(2). (cc) (lme) (Entered: 12/26/2003) |
| 12/30/2003 | | SUBMITTED to Judge Charles A. Moye Jr. on [1-1] complaint for a frivolity determination. (lme) (Entered: 12/30/2003) |
| 02/03/2004 | 4 | STATEMENT and MOTION by plaintiff for service by U.S. Marshall (kt) (Entered: 02/04/2004) |
| 03/04/2004 | | SUBMITTED to Judge Charles A. Moye Jr. on [4-1] motion for service by U.S. Marshall. (FILE IN CHAMBERS) (kt) (Entered: 03/04/2004) |
| 03/11/2004 | 5 | ORDER by Judge Charles A. Moye Jr. DISMISSING [1-1] complaint as frivolous; DENYING AS MOOT [4-1] motion for service. (cc: by CRD) (kt) (Entered: 03/16/2004) |

| 03/11/2004 | | Case terminated. (kt) (Entered: 03/16/2004) |
|---|---|---|
| 03/16/2004 | 6 | JUDGMENT ENTERED for defendant against plaintiff pursuant to 28 U.S.C. 1915(d). (kt) (Entered: 03/16/2004) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2007 16:18:15 | | |
| **PACER Login:** ph0121 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 1:03-cv-03966-CAM |
| **Billable Pages:** 1 | **Cost:** | 0.08 |

4months, CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:03-cv-03967-CAM

Bailey v. Liberty Mutual
Assigned to: Judge Charles A. Moye, Jr
Demand: $0
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 12/19/2003
Date Terminated: 04/21/2004
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Federal Question

**Plaintiff**

**Don E. Bailey**

represented by **Don E. Bailey**
PRO SE

**Don E. Baily**
2783 Browntown Road, NW
Atlanta, GA 30318
404-792-8449
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Liberty Mutual Insurance Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2003 | 1 | COMPLAINT filed. Consent form to proceed before U.S. magistrate and pretrial instructions given to attorney (lme) (Entered: 12/26/2003) |
| 12/19/2003 | 2 | Affidavit and Authorization for withdrawal from inmate account. (lme) (Entered: 12/26/2003) |
| 12/19/2003 | 3 | ORDER by Mag Judge Joel M. Feldman, to proceed in forma pauperis , and that service of process shall not issue at present time and the Clerk shall submit this file the assigned district judge for a determination under 28 USC 1915(e)(2). (cc) (lme) (Entered: 12/26/2003) |
| 12/30/2003 | | SUBMITTED to Judge Charles A. Moye Jr. on [1-1] complaint for a frivolity determination. (lme) (Entered: 12/30/2003) |
| 02/03/2004 | 4 | STATEMENT and MOTION by plaintiff for service by U.S. Marshall Service (kt) (Entered: 02/04/2004) |
| 03/04/2004 | | SUBMITTED to Judge Charles A. Moye Jr. on [4-1] motion for service by U.S. Marshall Service. (FILE IN CHAMBERS) (kt) (Entered: |

| | | |
|---|---:|---|
| | | 03/04/2004) |
| 03/11/2004 | 5 | ORDER by Judge Charles A. Moye Jr., Pla is DIRECTED to AMEND [1-1] complaint , w/i 20 days of the date of entry of this order; this action shall proceed no further until pla has filed an amended complaint; DENYING [4-1] motion for service [5-1] order to be submitted on 4/8/04 (cc) (kt) (Entered: 03/16/2004) |
| 03/16/2004 | | Terminated submissions. (kt) (Entered: 03/16/2004) |
| 03/31/2004 | 6 | CONSENT jurisdiction by magistrate judge by Plaintiff. (kt) (Entered: 04/06/2004) |
| 04/12/2004 | | SUBMITTED to Judge Charles A. Moye Jr. on [5-1] order AMEND [1-1] complaint, [5-2] order [5-1] order to be submitted on 4/8/04, [5-3] order (kt) (Entered: 04/12/2004) |
| 04/21/2004 | 7 | ORDER by Judge Charles A. Moye Jr. DISMISSING [1-1] complaint as frivolous. (cc) (kt) (Entered: 04/23/2004) |
| 04/21/2004 | | Case terminated. (kt) (Entered: 04/23/2004) |
| 04/23/2004 | 8 | JUDGMENT ENTERED for defendant against plaintiff pursuant to 28 U.S.C. 1915A. (kt) (Entered: 04/23/2004) |
| 05/21/2004 | 9 | Objections by Don E. Bailey to the Court' denial of the [6-1] Magistrate consent. (kt) (Entered: 05/25/2004) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2007 16:19:02 | | |
| PACER Login: | ph0121 | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:03-cv-03967-CAM |
| Billable Pages: | 1 | Cost: | 0.08 |

4months, CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:03-cv-03968-CAM

Bailey v. Wachovia National
Assigned to: Judge Charles A. Moye, Jr
Demand: $0
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 12/19/2003
Date Terminated: 04/23/2004
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Don E. Bailey**

represented by **Don E. Bailey**
2783 Browntown Road
Atlanta, GA 30318
PRO SE

V.

**Defendant**

**Wachovia National Bank**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2003 | 1 | COMPLAINT filed. Consent form to proceed before U.S. magistrate and pretrial instructions given to attorney (lme) (Entered: 12/26/2003) |
| 12/19/2003 | 2 | Affidavit and Authorization for withdrawal from inmate account. (lme) (Entered: 12/26/2003) |
| 12/19/2003 | 3 | ORDER by Mag Judge Joel M. Feldman, to proceed in forma pauperis , and that service of process shall not issue at present time and the Clerk shall submit this file to the assigned district judge for a determination under 28 USC 1915(e). (cc) (lme) (Entered: 12/26/2003) |
| 12/30/2003 | | SUBMITTED to Judge Charles A. Moye Jr. on [1-1] complaint for a frivolity determination. (lme) (Entered: 12/30/2003) |
| 02/03/2004 | 4 | STATEMENT and MOTION by plaintiff for service by U.S. Marshall Service (kt) (Entered: 02/04/2004) |
| 03/04/2004 | | SUBMITTED to Judge Charles A. Moye Jr. on [4-1] motion for service by U.S. Marshall Service. (FILE IN CHAMBERS) (kt) (Entered: 03/04/2004) |
| 03/11/2004 | 5 | ORDER by Judge Charles A. Moye Jr., pla is DIRECTED to AMEND [1-1] complaint , w/i 20 days of the date of hte entry of this order; this |

|  |  | action shall proceed no further until pla has filed an amended complaint; DENYING [4-1] motion for service [5-1] order to be submitted on 4/8/04 . (cc) (kt) (Entered: 03/16/2004) |
|---|---|---|
| 03/16/2004 |  | Terminated submissions. (kt) (Entered: 03/16/2004) |
| 04/12/2004 |  | SUBMITTED to Judge Charles A. Moye Jr. on [5-1] order AMEND [1-1] complaint, [5-2] order [5-1] order to be submitted on 4/8/04. (kt) (Entered: 04/12/2004) |
| 04/21/2004 | 6 | ORDER by Judge Charles A. Moye Jr. DISMISSING [1-1] complaint as frivolous. (cc) (kt) (Entered: 04/23/2004) |
| 04/23/2004 | 7 | JUDGMENT ENTERED for defendant against plaintiff pursuant to 28 U.S.C. 1915A. (kt) (Entered: 04/23/2004) |
| 04/23/2004 |  | Case terminated. (kt) (Entered: 04/23/2004) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2007 16:19:39 | | |
| PACER Login: | ph0121 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:03-cv-03968-CAM |
| Billable Pages: | 1 | Cost: | 0.08 |

4months, CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00619-CAP

Bailey v. Chase Manhattan Bank
Assigned to: Judge Charles A. Pannell, Jr
Demand: $200,000
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 03/05/2004
Date Terminated: 01/05/2005
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Don E. Bailey**

represented by **Don E. Bailey**
2783 Browntown Road
Atlanta, GA 30318
PRO SE

V.

**Defendant**

**Chase Manhattan Bank (USA), N.A.**

represented by **C. Clay Haden**
Seyfarth Shaw
1545 Peachtree Street, N.E.
One Peachtree Pointe, Suite 700
Atlanta, GA 30309-2401
404-885-1500
Fax: 404-892-7056
Email: chaden@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Civia Marnin Lieb Gerber**
Seyfarth Shaw
1545 Peachtree Street, N.E.
One Peachtree Pointe, Suite 700
Atlanta, GA 30309-2401
404-885-1500
Email: cgerber@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2004 | 1 | NOTICE OF REMOVAL with COMPLAINT; jury demand (Pretrial instructions attached to service copies and returned to attorney for service.) FILING FEE $ 150.00 RECEIPT # 518737 (als) (Entered: |

| | | 03/16/2004 |
|---|---|---|
| 03/11/2004 | 2 | ANSWER to complaint [1-1] by Chase Manhattan Bank Discovery ends 8/8/04 (als) (Entered: 03/18/2004) |
| 03/12/2004 | 3 | AMENDED ANSWER to [2-1] answer by defendant (als) (Entered: 03/22/2004) |
| 05/03/2004 | 5 | Joint Preliminary Report and Discovery Schedule. (to judge) (titled Joint but no dft signature) (als) (Entered: 05/10/2004) |
| 05/05/2004 | 4 | ORDER by Judge Charles A. Pannell, Parties are to submit certificate of interested persons and preliminary statement w/in 10 days [4-1] order to be submitted on 5/18/04 (cc) (als) (Entered: 05/07/2004) |
| 05/13/2004 | 6 | ENDORSED ORDER by Judge Charles A. Pannell APPROVING [5-1] Pla's preliminary statement (cc) (als) (Entered: 05/17/2004) |
| 05/14/2004 | 7 | Pla's Certificate of interested persons. (to judge) (als) (Entered: 05/24/2004) |
| 05/14/2004 | 8 | Joint Certificate of interested persons. (to judge) (als) (Entered: 05/24/2004) |
| 05/14/2004 | 9 | Joint Preliminary Report and Discovery Schedule. (to judge) (als) (Entered: 05/24/2004) |
| 08/30/2004 | 10 | CERTIFICATE OF SERVICE by Don E. Bailey as to answer to first interrogatories and answer to first request for production of documents (als) (Entered: 09/14/2004) |
| 10/12/2004 | 11 | CERTIFICATE OF SERVICE as to first interrogatories. by Don E. Bailey (als) Modified on 10/25/2004 to correct text(als). (Entered: 10/25/2004) |
| 10/12/2004 | 12 | CERTIFICATE OF SERVICE by Don E. Bailey as to first request for production of docs. (als) (Entered: 10/25/2004) |
| 12/15/2004 | 14 | MOTION and Plea for a Sanction Hearing against the dft for violation of deposition rules and regulations and breach of settlement agreement in bad faith, and MOTION and plea for Summary Judgment against dft in the amount of $100,000.00 for harm and violation and sanction against dft for harm done by Don E. Bailey. (als) (Entered: 12/27/2004) |
| 12/15/2004 | 15 | CERTIFICATE OF SERVICE by Don E. Bailey as to interrogatories (als) (Entered: 12/27/2004) |
| 12/23/2004 | 13 | STIPULATION of Dismissal and Withdrawal of pending motions by Chase Manhattan Bank (USA), N.A.. (Gerber, Civia) (Entered: 12/23/2004) |
| 01/05/2005 | 16 | Clerk's Entry of Dismissal with prejudice re: 13 Stipulation of Dismissal and Withdrawal of pending motions by Don E. Bailey, Chase Manhattan Bank (USA), N.A. Each party to bear own costs and attorney fees. (als) (Entered: 01/05/2005) |

| 01/05/2005 | | Civil Case Terminated. (als) (Entered: 01/05/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2007 16:20:22 | | |
| PACER Login: ph0121 | Client Code: | |
| Description: Docket Report | Search Criteria: | 1:04-cv-00619-CAP |
| Billable Pages: 1 | Cost: | 0.08 |

4months, CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00743-RWS

Bailey v. Hartford Insurance
Assigned to: Judge Richard W. Story
Demand: $0
Cause: 28:1441 Petition for Removal- Insurance Contract

Date Filed: 03/15/2004
Date Terminated: 10/07/2004
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Don E. Bailey**                          represented by **Don E. Bailey**
                                                          2783 Browntown Road
                                                          Atlanta, GA 30318
                                                          PRO SE

V.

**Defendant**

**Hartford Insurance Company**             represented by **John V. Burch**
                                                          Bovis Kyle & Burch
                                                          53 Perimeter Center East
                                                          Suite 300
                                                          Atlanta, GA 30346-2298
                                                          770-391-9100
                                                          Email: jburch@boviskyle.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Randal Bryant**
                                                          Bovis Kyle & Burch
                                                          53 Perimeter Center East
                                                          Suite 300
                                                          Atlanta, GA 30346
                                                          770-391-9100
                                                          Email: rbryant@boviskyle.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2004 | 1 | NOTICE OF REMOVAL ( COMPLAINT not attached to notice of removal) (Pretrial instructions attached to service copies and returned to attorney for service.) FILING FEE $ 150.00 RECEIPT # 519277 (vs) (Entered: 03/24/2004) |
| 03/15/2004 | 2 | ANSWER to complaint [1-1] by Hartford Insurance Discovery ends |

| | | 8/12/04 (vs) (Entered: 03/24/2004) |
|---|---|---|
| 04/05/2004 | 3 | Notice of availability of a US Mag Judge by plaintiff. (jdb) (Entered: 04/13/2004) |
| 04/14/2004 | 4 | ANSWERS TO INITIAL DISCLOSURES by plaintiff (jdb) (Entered: 04/19/2004) |
| 04/15/2004 | 5 | ANSWERS TO INITIAL DISCLOSURES by defendant (jdb) (Entered: 04/19/2004) |
| 04/15/2004 | 6 | Preliminary Report and Discovery Schedule. (to judge) (jdb) (Entered: 04/19/2004) |
| 04/27/2004 | 7 | ENDORSED ORDER by Judge Richard W. Story APPROVING [6-1] preliminary statement (cc) (jdb) (Entered: 04/30/2004) |
| 06/17/2004 | 8 | Certificate of service as to defendant re: service of Dft Hartford Insurance Co. first request for production of documents to Pla; Dft first interrogatories to Pla; and Dft's first request for admissions to Pla (epm) (Entered: 06/17/2004) |
| 07/16/2004 | 9 | CERTIFICATE OF SERVICE as to Admission Answer to the Dft's Question in Numerical Order by Don E. Bailey (epm) (Entered: 07/22/2004) |
| 07/28/2004 | 10 | NOTICE of Appearance by William Randal Bryant on behalf of Hartford Insurance Company (epm) (Entered: 08/04/2004) |
| 07/28/2004 | 11 | CERTIFICATE OF SERVICE as to service of Notice to Take Deposition of Don E. Bailey by Hartford Insurance Company (epm) (Entered: 08/04/2004) |
| 08/04/2004 | 12 | CERTIFICATE OF SERVICE as to Request for Copies of Production of Documents filed by Don E. Bailey (epm) (Entered: 08/11/2004) |
| 08/12/2004 | 13 | MOTION for Order Extending Discovery Period with Memorandum of Law In Support and Proposed Order filed by Hartford Insurance Company. (Attachments: # 1 Memorandum of Law# 2 Text of Proposed Order)(epm) (Entered: 08/18/2004) |
| 08/16/2004 | 14 | CERTIFICATE OF SERVICE as to service of Notice to take Deposition of Don E. Bailey filed by Hartford Insurance Company (epm) (Entered: 08/20/2004) |
| 08/17/2004 | 15 | ORDER granting 13 Motion for Extension of Time to Complete Discovery Discovery ends on 9/15/2004.. Signed by Judge Richard W. Story on 8/17/04. (epm) (Entered: 08/23/2004) |
| 08/26/2004 | 16 | NOTICE Of Filing Offer of Judgment for $10,000.00 by Don E. Bailey (epm) (Entered: 08/31/2004) |
| 09/02/2004 | 17 | CERTIFICATE OF SERVICE as to service of Second Request for Interrogatories; Second Request for Production of Documents; and Third Request for Production of Documents pursuant to Rule 33 filed by |

| | | |
|---|---|---|
| | | plaintiff. (Attachments: # 1 Certificate #2# 2 Certificate #3)(epm) (Entered: 09/08/2004) |
| 09/08/2004 | 18 | CERTIFICATE OF SERVICE as to service of Objections & Responses to Pla's Request for Production of Documents filed by Hartford Insurance Company (epm) (Entered: 09/13/2004) |
| 10/07/2004 | 19 | STIPULATION of Dismissal filed by parties and approved by Deputy Clerk dismissing action with prejudice pursuant to FRCP 41.a.1.ii. (cc) (epm) (Entered: 10/08/2004) |
| 10/07/2004 | | Civil Case Terminated. (epm) (Entered: 10/08/2004) |

<table>
<tr><td colspan="4" align="center"><b>PACER Service Center</b></td></tr>
<tr><td colspan="4" align="center"><b>Transaction Receipt</b></td></tr>
<tr><td colspan="4" align="center">04/03/2007 16:21:15</td></tr>
<tr><td><b>PACER Login:</b></td><td>ph0121</td><td><b>Client Code:</b></td><td></td></tr>
<tr><td><b>Description:</b></td><td>Docket Report</td><td><b>Search Criteria:</b></td><td>1:04-cv-00743-RWS</td></tr>
<tr><td><b>Billable Pages:</b></td><td>2</td><td><b>Cost:</b></td><td>0.16</td></tr>
</table>

0months, CLOSED, SS

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:04-mi-00331

Bailey v. Barnhart
Assigned to:
Cause: 42:405 Review of HHS Decision (SSID)

Date Filed: 11/30/2004
Date Terminated: 01/28/2005
Jury Demand: None
Nature of Suit: 864 Social Security:
SSID Tit. XVI
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Don E. Bailey**

represented by **Don E. Bailey**
2783 Browntown Road, NW
Atlanta, GA 30318
404-792-8449
PRO SE

V.

**Defendant**

**JoAnne B. Barnhart**
*Commissioner of Social Security*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2004 | 1 | AFFIDAVIT in support of request to proceed ifp by Don E. Bailey. (fkt) (Entered: 12/08/2004) |
| 11/30/2004 | 2 | COMPLAINT filed by Don E. Bailey.(fkt) (Entered: 12/08/2004) |
| 12/08/2004 | | Submission of [1] Affidavit for ifp determination, submitted to Magistrate Judge C. Christopher Hagy. (fkt) (Entered: 12/08/2004) |
| 12/09/2004 | 3 | ORDER DENYING request to proceed ifp. Pla is ORDERED to either re-file a conforming affidavit or pay the appropriate filing fee w/in 30 days. The clerk is DIRECTED to forward the appropriate affidavit to pla. Signed by Judge C. Christopher Hagy on 12/9/04. (fmm) (Entered: 12/14/2004) |
| 12/29/2004 | 4 | AFFIDAVIT in support of request to proceed ifp by Don E. Bailey. (fmm) (Entered: 12/29/2004) |
| 12/29/2004 | | Submission of [3] Order, submitted to Magistrate Judge C. Christopher Hagy. (fmm) (Entered: 12/29/2004) |

| 01/13/2005 | 6 | AFFIDAVIT in support of request to proceed ifp by Don E. Bailey. (fmm) (Entered: 01/19/2005) |
| 01/14/2005 | 5 | ORDER denying plaintiff's request to proceed ifp. Pla is ordered to either refile a conforming affidavit of poverty, as well as a copy of his most recent bank statement, or pay the filing fee w/in 30 days. Clerk is directed to forward a Affidavit in Support of Reques to Proceed ifp form to plaintiff. Signed by Judge C. Christopher Hagy on 12/30/04. (fmm) (Entered: 01/14/2005) |
| 01/19/2005 | | Submission of [5] Order, submitted to Magistrate Judge C. Christopher Hagy. (fmm) (Entered: 01/19/2005) |
| 01/28/2005 | | Miscellaneous Case Terminated. Case converted to 1:05-cv-299-RWS. (epm) (Entered: 02/02/2005) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 04/03/2007 16:22:07 | | | |
| PACER Login: | ph0121 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-mi-00331 |
| Billable Pages: | 1 | Cost: | 0.08 |

## U.S. District Court
### Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:04-mi-00332

Bailey v. Cingular Wireless
Assigned to:
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 11/30/2004
Date Terminated: 02/07/2005
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Don E. Bailey**

represented by **Don E. Bailey**
2783 Browntown Road, NW
Atlanta, GA 30318
404-792-8449
PRO SE

V.

**Defendant**

**Cingular Wireless**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2004 | 1 | AFFIDAVIT in support of request to proceed ifp by Don E. Bailey. (fkt) (Entered: 12/08/2004) |
| 11/30/2004 | 2 | COMPLAINT with Jury Demand filed by Don E. Bailey.(fkt) (Entered: 12/08/2004) |
| 12/08/2004 | | Submission of [1] Affidavit for ifp determination, submitted to Magistrate Judge C. Christopher Hagy. (fkt) (Entered: 12/08/2004) |
| 12/13/2004 | 3 | ORDER DENYING request to proceed ifp. Pla is ORDERED to either re-file a conforming affidavit or pay the appropriate filing fee w/in 30 days. The clerk is DIRECTED to forward the appropriate affidavit to pla. Signed by Judge C. Christopher Hagy on 12/13/04. (fmm) (Entered: 12/14/2004) |
| 12/29/2004 | 4 | AFFIDAVIT in support of request to proceed ifp by Don E. Bailey. (fmm) (Entered: 12/29/2004) |
| 12/29/2004 | | Submission of [3] Order, submitted to Magistrate Judge C. Christopher Hagy. (fmm) (Entered: 12/29/2004) |
| 01/03/2005 | 5 | ORDER denying pla's request to proceed ifp. Pla is order to re-file a conforming affidavit of poverty or pay the appropriate filing fee w/in 30 |

| | | |
|---|---|---|
| | | days. Clerk is directed to forward pla an affadivit in support of request to proceed ifp. Signed by Judge C. Christopher Hagy on 1/3/05. (fmm) (Entered: 01/04/2005) |
| 01/13/2005 | 6 | AFFIDAVIT in support of request to proceed ifp by Don E. Bailey. (fmm) (Entered: 01/19/2005) |
| 01/19/2005 | | Submission of [5] Order, submitted to Magistrate Judge C. Christopher Hagy. (fmm) (Entered: 01/19/2005) |
| 02/07/2005 | | Miscellaneous Case Terminated. Case converted to 1:05-cv-387-RWS. (epm) (Entered: 02/14/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/03/2007 16:22:39 | | |
| PACER Login: | ph0121 | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:04-mi-00332 |
| Billable Pages: | 1 | Cost: | 0.08 |

4months, CLOSED, SUBMMG

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:04-mi-00364

Bailey v. Liberty Mutual Insurance Co.
Assigned to:
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 02/07/2005
Date Terminated: 02/07/2005
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Federal Question

**Plaintiff**

**Don E. Bailey**

represented by **Don E. Bailey**
2783 Browntown Road
Atlanta, GA 30318
PRO SE

V.

**Defendant**

**Liberty Mutual Insurance Co.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2004 | 1 | AFFIDAVIT in support of request to proceed ifp by Don E. Bailey. (fmm) (Entered: 01/04/2005) |
| 12/29/2004 | 2 | COMPLAINT received from Don E. Bailey.(fmm) (Entered: 01/04/2005) |
| 01/04/2005 | | Submission of [1] Affidavit for ifp determination, submitted to Magistrate Judge C. Christopher Hagy. (fmm) (Entered: 01/04/2005) |
| 01/07/2005 | 3 | ORDER denying plaintiff's request to proceed ifp. Pla is ordered to either refile a conforming affidavit of poverty, as well as a copy of his most recent bank statement, or pay the filing fee w/in 30 days. Clerk is directed to forward a Affidavit in Support of Reques to Proceed ifp form to plaintiff. Signed by Judge C. Christopher Hagy on 1/7/05. (fmm) (Entered: 01/14/2005) |
| 01/13/2005 | 4 | AFFIDAVIT in support of request to proceed ifp by Don E. Bailey. (fmm) (Entered: 01/19/2005) |
| 01/19/2005 | | Submission of [3] Order, submitted to Magistrate Judge C. Christopher Hagy. (fmm) (Entered: 01/19/2005) |
| 02/07/2005 | | Miscellaneous Case Terminated. Case converted to 1:05-cv-388-RWS. (epm) (Entered: 02/14/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/03/2007 16:23:09 | | | |
| PACER Login: | ph0121 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-mi-00364 |
| Billable Pages: | 1 | Cost: | 0.08 |