**EXHIBIT A**

**Bank of America.**

BANK OF AMERICA, N.A. (THE "BANK")

Personal Signature Card
with Substitute Form W-9

Account Number __0033 4292 8014__
Account Type __MY ACCESS CHECKING__
Account Title __DON E BAILEY__

☐ Temporary Signature Card (deposit accounts only)

By signing below, I/we acknowledge and agree that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) if this account is a deposit account, the Deposit Agreement and Disclosures, the Personal Schedule of Fees and the Miscellaneous Fees for Personal Accounts, and (2) if this account is a Line of Credit, the Line of Credit Agreement and Disclosures. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we also acknowledge and agree that the signature(s) will serve as verification for any transaction in connection with this account, any Line of Credit checks which I/we may sign, and as the certification (set forth below) of the taxpayer identification number to which I/we want interest reported.

**Substitute Form W-9.** (Required only for Deposit Accounts) Certification- Under penalties of perjury, I certify that:
(1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).
**Certification Instructions**
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Tax Identification Number

1. __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__
2. _____
3. _____
4. _____
5. _____

Report Interest On: ☒ ☐ ☐ ☐ ☐

Signature: __Don E Bailey__

ATM/Check Card Requested? *
(Deposit Accounts Only) ☐ ☐ ☐ ☐ ☐

* By checking the box marked "ATM/Check Card Requested?", I/we hereby request an Automatic Teller Machine Card and/or a Check Card.

**Bank Information**

**Customer 1**
Name __DON E BAILEY__                                               DRIVER'S LICENSE
Review Information __APPROVED-EXISTING__                            __004980894__

**Customer 2**
Name _____
Review Information _____

**Customer 3**
Name _____
Review Information _____

**Customer 4**
Name _____
Review Information _____

**Customer 5**
Name _____
Review Information _____                                         004980894

Date __11/05/2005__   Banking Center Name __DENOVO PROVIDENCE PAVILION__
Associate's Phone Number __770-396-2082__   Associate's Name __ATKINS Y CASANDRA__
10-14-800894 08-3091  NGA