UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DON E. BAILEY,<br><br>                   Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA,<br><br>                   Defendant. | CIVIL ACTION FILE<br><br>NO. 1:06-cv-3096-CAM |

# J U D G M E N T

This action having come before the court, Honorable CHARLES A. MOYE, JR., United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover $275.50, along with statutory prejudgment interest, beginning from 7/12/06, post-judgment interest as allowed by law, plus its costs and attorneys' fees incurred of this action; and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 20th day of July, 2007.

JAMES N. HATTEN
CLERK OF COURT

By:  /s/ Christina Klimenko
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 20, 2007
James N. Hatten
Clerk of Court

By: /s/ Christina Klimenko
       Deputy Clerk