

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DON E. BAILEY,                        :

       Plaintiff,              :

v.                                    :      1:06-cv-3096-CAM

BANK OF AMERICA,                      :

       Defendant.              :

### ORDER

The above-styled action is before the court on plaintiff's motion for summary judgment [#22].

In its order of July 19, 2007, this court granted defendant's motion for summary judgment and entered judgment in favor of defendant and against plaintiff. On August 2, 2007, plaintiff filed his motion for summary judgment. In this motion, plaintiff appears to be requesting this court to reconsider its order of July 19, 2007. After thoroughly reviewing plaintiff's motion, the court concludes that there is no manifest error of law or fact in its previous order. The arguments presented in plaintiff's motion were previously addressed by this court. For example, contrary to plaintiff's contention, defendant has produced bank statements for the months of November 2005 and July 2006 and they have been made part of record in this case.

Therefore, the court hereby DENIES plaintiff's motion.

SO ORDERED, this 27th day of September, 2007.

                                                /s/ Charles A. Moye  
                                            UNITED STATES DISTRICT JUDGE  
                                            CHARLES A. MOYE, JR.

CAM:S