# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

CIVIL SECTION
404-215-1655

January 4, 2008

Thomas K. Kahn, Clerk
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

> **U.S.D.C. No.: 1:06-cv-3096-CAM**
> **U.S.C.A. No.: 00-00000**
> **In re:        Don E. Bailey v. Bank of America**

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed. |
| ___ | This is not the first notice of appeal. Other notices were filed on: . |
| ___ | There is no transcript. |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| ___ | Fee paid on . |
| X | Appellant has been forwarded forms for leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal. The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| ___ | The District Judge is . |
| ___ | This is a **DEATH PENALTY** appeal. |

Sincerely,

James N. Hatten
Clerk of Court

By:  /s/ Elaine N. McFarland
Deputy Clerk

Enclosures