IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

1:06-CU-3096

No. 08-10108-D

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 2 5 2008

THOMAS K. KAHN
CLERK

DON E. BAILEY,

        Plaintiff-Counter Defendant-Appellant,

versus

BANK OF AMERICA,

        Defendant-Counter Claimant-Appellee,

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 2 6 2008

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

Appeal from the United States District Court for the
Northern District of Georgia

Before CARNES, MARCUS, and PRYOR, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Don E. Bailey's December 28, 2007, notice of appeal is untimely to contest the district court's July 20, 2007, final judgment granting Bank of America's motion for summary judgment and the district court's September 28, 2007, order denying Bailey's construed motion for reconsideration. See Fed.R.App.P. 4(a)(1)(A); Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.